■
**UNITED STATES of America**
v.
**Chester Allen POWELL et al.**
No. 4768.

United States Court of Appeals,
Tenth Circuit.

Jan. 8, 1954.

Frank D. McSherry, U. S. Atty., and Harry G. Fender, Asst. U. S. Atty., Muskogee, Okl., for appellant.

Lonnie W. Brown and Ellis M. Brown, McAlester, Okl., for appellees.

Before PHILLIPS, Chief Judge, and PICKETT, Circuit Judge.

PER CURIAM.

Appeal dismissed pursuant to stipulation of the parties.

■
**NATIONAL LABOR RELATIONS BOARD, Petitioner v. UNITED MINE WORKERS OF AMERICA, DISTRICT 2; United Mine Workers of America, Local 1113, Including John Lease, and United Mine Workers of America, United Mine Workers of America, District 2, Including James Lecorre, and United Mine Workers of America; United Mine Workers of America, District 2, Including Michael Degretto and John Kosick, Respondents.**
No. 11167.

United States Court of Appeals
Third Circuit.

Argued Feb. 4, 1954.

Decided Feb. 17, 1954.

Edmond Francis Rovner, Washington, D. C. (George J. Bott, General Counsel, David P. Findling, Associate General Counsel, A. Norman Somers, Asst. Gen. Counsel, Maurice Alexandre, Attorneys, National Labor Relations Board, Washington, D. C., on the brief), for petitioner.

Samuel Krimsly, Albert C. Shapira, Pittsburgh, Pa., Willard P. Owens, Washington, D. C., for respondent.

Before GOODRICH, McLAUGHLIN and HASTIE, Circuit Judges.

PER CURIAM.

This is a petition by the National Labor Relations Board for an enforcement order against the respondents. The case presents facts very similar to those before us in N. L. R. B. v. United Mine Workers of America, District 2, 3 Cir., 1953, 202 F.2d 177. The petition is undefended in this Court. We have satisfied ourselves, however, that the evidence supports the findings of the Board and the prayed for enforcement order will be issued.